IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                            Criminal Action No.
                                               20-00099-03-CR-W-RK

IRVIN LLOYD DEAN,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Conspiracy to Distribute a Controlled Substance, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846

**TRIAL COUNSEL**:
    Government: Brad Kavanaugh & Mike Green
    Case Agents: KCPD Detective Margaret McGuire &
                       KCPD Detective Sergeant Aaron Hendershot
    Defense: Chad Gardner

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:   5-6 with stipulations; 8-9 without stipulations
    Defense:   1 additional witness; Defendant will testify

**TRIAL EXHIBITS**:
    Government:   50-75 exhibits
    Defense:   up to 35 additional exhibits

**DEFENSES**:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial            ( x ) Possibly for trial; parties actively negotiating a plea
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **3-4 days**
      Government's case including jury selection: 2 days
      Defense case: ½ - 1 day

**STIPULATIONS**:
      ( )    not likely
      ( )    not appropriate
      ( x )  likely as to:
            ( x )  chain of custody
            ( x )  chemist's reports
            ( )    prior felony conviction
            ( )    interstate nexus of firearm
            ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: February 1, 2023
      Defense: February 1, 2023
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:   February 1, 2023
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: February 1, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing February 13, 2023
      **Please note**:   *This case can only be tried during the second week of the docket due to the availability of a case agent and also that of an essential witness.*

**OTHER**:
      ( )    A _____-speaking interpreter is required.
      ( x )  Two individuals will need regular health breaks during the trial.

      **IT IS SO ORDERED.**

                                                      */s/ Jill A. Morris*
                                                      JILL A. MORRIS
                                                      United States Magistrate Judge